SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Paul.Maloney@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: 503-727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00505-IM** |
| **v.** | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |
| **CHRISTOPHER JOSHUA RUGGLES;**<br>**EDMUNDO GONZALEZ BARRERA;**<br>**TYLER TIMOTHY WHITZEL;**<br>**DAVID MICHAEL KARNES; and**<br>**CASEY JAMES BOWEN,** | |
| **Defendants.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegations of the Indictment, the United States is seeking forfeiture of the following property:

$3,595 U.S. currency;

$21,430 U.S. currency;

$10,000 U.S. currency;

**Bill of Particulars for Forfeiture of Property** **PAGE 1**

$1,075 U.S. currency;

$4,816.00 U.S. currency; and

$3,100.00 U.S. currency.

DATED: March 12, 2021.

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Paul T. Maloney*
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney